UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN AIMONE, et al.,

    Plaintiffs,

vs.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

NO. C26-66RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The Initial Disclosure deadline is extended to February 20, 2026.

DATED this 16th day of January, 2026.

    *S/Victoria Ericksen*
    Victoria Ericksen, Deputy Clerk
    to Hon. Robert S. Lasnik

MINUTE ORDER